# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Jonathon Dale Fairley, Debtor          Case No. 23-51697-KMS
                                                 **CHAPTER 13**

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  June 26, 2025           Signature:    /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Jonathon Dale Fairley, Debtor                     Case No. 23-51697-KMS
                                                             **CHAPTER 13**

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on his payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in July 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Notice and Motion to Allow Payment Arrearage was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                                /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JONATHON DALE FAIRLEY | CASE NO: 23-51697-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/26/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/26/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-51697-KMS |
|---|---|
| JONATHON DALE FAIRLEY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/26/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/26/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING      ALLY CAPITAL CO AIS PORTFOLIO SERVICES    ALLY CAPITAL  CO AIS PORTFOLIO SERVICE
NCRS ADDRESS DOWNLOAD                 LLC                                        LL
CASE 23-51697-KMS                     4515 N SANTA FE AVE DEPT APS               4515 N SANTA FE AVE DEPT APS
SOUTHERN DISTRICT OF MISSISSIPPI      OKLAHOMA CITY  OK 73118-7901               OKLAHOMA CITY  OK 73118-7901
THU JUN 26 11-17-52 PST 2025


EXETER FINANCE LLC  CO AIS PORTFOLIO   PRA  RECEIVABLES MANAGEMENT LLC           SYNCHRONY BANK CO AIS PORTFOLIO
SERVIC                                POB 41067                                  SERVICES LL
4515 N SANTA FE AVE DEPT APS          NORFOLK  VA 23541-1067                     4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901                                                     OKLAHOMA CITY  OK 73118-7901


                                      ~~EXCLUDE~~
VANDERBILT MORTGAGE AND FINANCE  INC  ~~US BANKRUPTCY COURT~~                    AFFIRM  INC
PO BOX 9800                           ~~DAN M RUSSELL  JR US COURTHOUSE~~        ATTN BANKRUPTCY
MARYVILLE  TN 37802-9800              ~~2012 15TH STREET  SUITE 244~~            650 CALIFORNIA ST
                                      ~~GULFPORT  MS 39501 2036~~                FL 12
                                                                                 SAN FRANCISCO  CA 94108-2716


                                      ~~EXCLUDE~~
AFFIRM  INC                           ~~(D)ALLY CAPITAL CO AIS PORTFOLIO~~       ALLY FINANCIAL  INC
RESURGENT CAPITAL SERVICES            ~~SERVICES  LLC~~                          ATTN BANKRUPTCY
PO BOX 10587                          ~~4515 N SANTA FE AVE DEPT APS~~           500 WOODARD AVE
GREENVILLE  SC 29603-0587             ~~OKLAHOMA CITY  OK 73118-7901~~           DETROIT  MI 48226-3416


AMERICOR                              CFNA                                       (P)DEERE CREDIT SERVICES  INC
18200 VON HARMAN AVE                  ATTN BANKRUPTCY                            ATTN LITIGATION  RECOVERY DEPARTMENT
6TH FLOOR                             PO BOX 81315                               PO BOX 6600
IRVINE  CA 92612-1023                 CLEVELAND  OH 44181-0315                   JOHNSTON IA 50131-6600


EXETER FINANCE LLC                    EXETER FINANCE LLC                         FIRST HERITAGE CREDIT
ATTN BANKRUPTCY                       CO AIS PORTFOLIO SERVICES LLC              605 CRESCENT BLVD
PO BOX 166008                         4515 N SANTA FE AVE DEPT APS               STE 101
IRVING  TX 75016-6008                 OKLAHOMA CITY OK 73118-7901                RIDGELAND  MS 39157-8659


FIRST HERITAGE OF MISSISSIPPI  LLC CO  (P)JEFFERSON CAPITAL SYSTEMS LLC          JOHN DEERE FINANCIAL
HEIGH                                 PO BOX 7999                                PO BOX 650215
PO BOX 1947                           SAINT CLOUD MN 56302-7999                  DALLAS  TX 75265-0215
GREENVILLE  SC 29602-1947


(P)KLARNA INC                         LVNV FUNDING LLC                           ONE MAIN FINANCIAL
ATTN BANKRUPTCY                       CO RESURGENT CAPITAL SERVICES              ATTN BANKRUPTCY
PO BOX 8116                           PO BOX 10587                               PO BOX 3251
COLUMBUS OH 43201-0116                GREENVILLE  SC   29603-0587                EVANSVILLE  IN 47731-3251


ONEMAIN FINANCIAL                     (P)PORTFOLIO RECOVERY ASSOCIATES LLC       PRA RECEIVABLES MANAGEMENT  LLC AS
PO BOX 3251                           PO BOX 41067                               AGENT OF
EVANSVILLE  IN 47731-3251             NORFOLK VA 23541-1067                      PORTFOLIO RECOVERY ASSOCIATES  LLC
                                                                                 PO BOX 41067
                                                                                 NORFOLK  VA 23541-1067
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

PAYTOMRW
9920 KINCEY AVENUE
HUNTERSVILLE  NC 28078-2400

PRIORITY ONE BANK
215 MAIN ST
COLLINS  MS 39428-6184

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318


~~EXCLUDE~~
~~(D)(P)REPUBLIC FINANCE LLC~~
~~282 TOWER RD~~
~~PONCHATOULA LA 70454-8318~~

ROBIN FAIRLEY
621 SHIRLEY STANDFORD RD
SEMINARY  MS 39479-8900

ROBIN FAIRLEY
621 SHIRLEY STANFORD R
SEMINARY  MS 39479-8900


SANTANDER CONSUMER USA
1601 ELM ST  SUITE 800
DALLAS  TX 75201-7260

SANTANDER CONSUMER
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH  TX 76161-0244

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO  FL 32896-5060


SYNCHRONY BANK
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

VANDERBILT MORTGAGE
ATTN BANKRUPTCY
PO BOX 9800
MARYVILLE  TN 37802-9800


~~EXCLUDE~~
~~(D)VANDERBILT MORTGAGE AND FINANCE  INC~~
~~PO BOX 9800~~
~~MARYVILLE  TN 37802-9800~~

~~EXCLUDE~~
~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836


DEBTOR
JONATHON DALE FAIRLEY
24 SOUTH CLEMENT ST
DEXTER  MO 63841-2204

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~