**SO ORDERED,**



*Judge Katharine M. Samson*
*United States Bankruptcy Judge*
*Date Signed: July 11, 2025*

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                         CHAPTER 13 PROCEEDING
  JONATHON DALE FAIRLEY                   23-51697 KMS
  24 South Clement St.
  Dexter, MO  63841                       SSN:  XXX-XX-5449

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  LYLE MACHINERY
  PO BOX 23087
  JACKSON, MS  39225

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net