IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jonathon Dale Fairley, Debtor            Case No. 23-51697-KMS
                                                  CHAPTER 13

### ORDER ON MOTION TO ALLOW PAYMENT ARREARAGE

THIS CAUSE having come on this date on the debtor's motion to allow payment arrearage (DK #___), the Court having reviewed and considered the facts herein, and there being no objection from the trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Allow Payment Arrearage is granted. Debtor's past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan shall be amortized over the life of the plan and that the Trustee shall increase Debtor's Plan payment as necessary to offset for the lost plan payment with payments to resume in September 2025. The Trustee is authorized to increase the Wage Order accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR