# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jonathon Dale Fairley, Debtor                    Case No. 23-51697-KMS
                                                          **CHAPTER 13**

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  September 5, 2025         Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O Box 13767
                                              Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Jonathon Dale Fairley, Debtor            Case No. 23-51697-KMS
                                                   **CHAPTER 13**

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on his payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in September 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on September 5, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JONATHON DALE FAIRLEY | CASE NO: 23-51697-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/5/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/5/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 23-51697-KMS |
| JONATHON DALE FAIRLEY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/5/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/5/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING        ALLY CAPITAL CO AIS PORTFOLIO SERVICES   ALLY CAPITAL  CO AIS PORTFOLIO SERVICE
NCRS ADDRESS DOWNLOAD                   LLC                                       LL
CASE 23-51697-KMS                       4515 N SANTA FE AVE DEPT APS              4515 N SANTA FE AVE DEPT APS
SOUTHERN DISTRICT OF MISSISSIPPI        OKLAHOMA CITY   OK 73118-7901             OKLAHOMA CITY   OK 73118-7901
FRI SEP 5 8-44-6 PST 2025


EXETER FINANCE LLC  CO AIS PORTFOLIO    PRA  RECEIVABLES MANAGEMENT LLC           SYNCHRONY BANK CO AIS PORTFOLIO
SERVIC                                  POB 41067                                 SERVICES LL
4515 N SANTA FE AVE DEPT APS            NORFOLK  VA 23541-1067                    4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901                                                      OKLAHOMA CITY  OK 73118-7901


                                        EXCLUDE
VANDERBILT MORTGAGE AND FINANCE  INC    US BANKRUPTCY COURT                       AFFIRM  INC
PO BOX 9800                             DAN M RUSSELL  JR US COURTHOUSE           ATTN BANKRUPTCY
MARYVILLE  TN 37802-9800                2012 15TH STREET  SUITE 244               650 CALIFORNIA ST
                                        GULFPORT  MS 39501-2036                   FL 12
                                                                                  SAN FRANCISCO  CA 94108-2716


                                        EXCLUDE
AFFIRM  INC                             (D)ALLY CAPITAL CO AIS PORTFOLIO          ALLY FINANCIAL  INC
RESURGENT CAPITAL SERVICES              SERVICES  LLC                             ATTN BANKRUPTCY
PO BOX 10587                            4515 N SANTA FE AVE DEPT APS              500 WOODARD AVE
GREENVILLE  SC 29603-0587               OKLAHOMA CITY  OK 73118-7901              DETROIT  MI 48226-3416


AMERICOR                                CFNA                                      (P)DEERE CREDIT SERVICES  INC
18200 VON HARMAN AVE                    ATTN BANKRUPTCY                           ATTN LITIGATION  RECOVERY DEPARTMENT
6TH FLOOR                               PO BOX 81315                              PO BOX 6600
IRVINE  CA 92612-1023                   CLEVELAND  OH 44181-0315                  JOHNSTON IA 50131-6600


EXETER FINANCE LLC                      EXETER FINANCE LLC                        FIRST HERITAGE CREDIT
ATTN BANKRUPTCY                         CO AIS PORTFOLIO SERVICES LLC             605 CRESCENT BLVD
PO BOX 166008                           4515 N SANTA FE AVE DEPT APS              STE 101
IRVING  TX 75016-6008                   OKLAHOMA CITY OK 73118-7901               RIDGELAND  MS 39157-8659


                                                                                  EXCLUDE
FIRST HERITAGE OF MISSISSIPPI  LLC CO   (P)JEFFERSON CAPITAL SYSTEMS LLC          (D)(P)DEERE CREDIT SERVICES  INC
HEIGH                                   PO BOX 7999                               ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 1947                             SAINT CLOUD MN 56302-7999                 PO BOX 6600
GREENVILLE  SC 29602-1947                                                         JOHNSTON IA 50131-6600


(P)KLARNA INC                           LVNV FUNDING LLC                          ONE MAIN FINANCIAL
ATTN BANKRUPTCY                         CO RESURGENT CAPITAL SERVICES             ATTN BANKRUPTCY
PO BOX 8116                             PO BOX 10587                              PO BOX 3251
COLUMBUS OH 43201-0116                  GREENVILLE  SC  29603-0587                EVANSVILLE  IN 47731-3251


ONEMAIN FINANCIAL                       (P)PORTFOLIO RECOVERY ASSOCIATES LLC      PRA RECEIVABLES MANAGEMENT  LLC AS
PO BOX 3251                             PO BOX 41067                              AGENT OF
EVANSVILLE  IN 47731-3251               NORFOLK VA 23541-1067                     PORTFOLIO RECOVERY ASSOCIATES  LLC
                                                                                  PO BOX 41067
                                                                                  NORFOLK  VA 23541-1067
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PAYTOMRW<br>9920 KINCEY AVENUE<br>HUNTERSVILLE NC 28078-2400 | PRIORITY ONE BANK<br>215 MAIN ST<br>COLLINS MS 39428-6184 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| EXCLUDE<br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | ROBIN FAIRLEY<br>621 SHIRLEY STANDFORD RD<br>SEMINARY MS 39479-8900 | ROBIN FAIRLEY<br>621 SHIRLEY STANFORD R<br>SEMINARY MS 39479-8900 |
| SANTANDER CONSUMER USA<br>1601 ELM ST SUITE 800<br>DALLAS TX 75201-7260 | SANTANDER CONSUMER<br>ATTN BANKRUPTCY<br>PO BOX 961245<br>FORT WORTH TX 76161-0244 | SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANK<br>CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | VANDERBILT MORTGAGE<br>ATTN BANKRUPTCY<br>PO BOX 9800<br>MARYVILLE TN 37802-9800 |
| EXCLUDE<br>~~(D)VANDERBILT MORTGAGE AND FINANCE INC~~<br>~~PO BOX 9800~~<br>~~MARYVILLE TN 37802-9800~~ | EXCLUDE<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 |
| DEBTOR<br>JONATHON DALE FAIRLEY<br>24 SOUTH CLEMENT ST<br>DEXTER MO 63841-2204 | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | |